## RECONSIDERATION DOCKET

**00-660. USX Corp. v. Penn Cent. Corp.**
Appellants' motion for reconsideration is pending before the court. Appellants have filed a motion for leave to file a reply to the appellee's memorandum opposing appellants' motion for reconsideration. Whereas S.Ct.Prac.R. XIV(4)(B) prescribes that a reply to a memorandum opposing a motion shall not be filed by the moving party,

IT IS ORDERED by the court that the motion for leave to file a reply memorandum be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**00-1940. In re Seagro.**
Cuyahoga App. No. 76825. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. It appears from the court of appeals' opinion that the appeal involves termination of parental rights. The appellant failed to state in the notice of appeal that the appeal involved termination of parental rights as required by S.Ct.Prac.R. II(2)(B)(1). Furthermore, appellant failed to timely file this appeal within twenty days from the entry of judgment as required by S.Ct.Prac.R. II(2)(A)(1)(a). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.

*Thursday, November 2, 2000*

## MOTION DOCKET

**00-1812. State v. Maxwell.**
Franklin App. No. 99AP-1177. This cause is pending before the court as a discretionary appeal and cross-appeal and claimed appeal of right. Upon consideration of appellee/cross-appellant's motion to vacate this court's October 16, 2000 entry granting motion for immediate stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion to vacate be, and hereby is, denied.

PFEIFER, J., dissents.

LUNDBERG STRATTON, J., dissents because defendant must serve out the Butler County term.

**00-1893. Richmond Hts. v. Abriani.**
Cuyahoga App. No. 76204. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

## RECONSIDERATION DOCKET

**00-1568. Holsinger v. McAuliffe.**
Fairfield App. No. 00CA44. Reported at 90 Ohio St.3d 1453, 737 N.E.2d 56. IT IS ORDERED by the court that the motion for reconsideration in this cause be, and hereby is, denied.